

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

_____

THE UNITED STATES OF AMERICA

    *ex rel.*

FOX UNLIMITED ENTERPRISES, LLP

                        Plaintiff/Relator,

    v.

TRIMARK USA, LLC, TRIMARK GILL
GROUP, TRIMARK GILL MARKETING
F/K/A GILL MARKETING, INC.
GOVERNMENT SALES, LLC
F/K/A GOVERNMENT SALES, INC.,
JOHN DOES #1-50, FICTITIOUS NAMES,

                        Defendants.

_____

**MOTION FOR ADMISSION
PRO HAC VICE**

**CONFIDENTIAL
FILED UNDER SEAL**

Civ. No.: **1:19-cv-914 GLS/CFH**

**JURY TRIAL DEMANDED**

**HODGSON RUSS LLP**
*Attorneys for Plaintiff/Relator*
Daniel C. Oliverio
Michelle L. Merola
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel. No.: 716.856.4000

## MOTION TO ADMIT ANDREW M. MILLER *PRO HAC VICE*

I, Michelle L. Merola, pursuant to 28 U.S.C. § 1746, state and declare under penalty of perjury that the following is true and correct:

1. I am a partner at Hodgson Russ LLP, and am co-counsel for Plaintiff/Relator, Fox Unlimited Enterprises, LLP.

2. I submit this motion in support of the application for Andrew M. Miller to be admitted *pro hac vice* in this matter.

3. Pursuant to Rule 83.1(d) of the Local Rules of the United States District Court for the Northern District of New York, I hereby move this Court for an Order admitting Andrew M. Miller as counsel *pro hac vice* to represent Plaintiff/Relator, Fox Unlimited Enterprises, LLP, in this matter.

4. Pursuant to Mr. Miller's Petition for Admission to Practice, dated September 29, 2021, he has never been held in contempt of court, censured, suspended, or disbarred by any court. A copy of Mr. Miller's Petition for Admission to Practice is attached as **Exhibit A**.

5. To my knowledge, Mr. Miller is in good standing as a member of the District of Columbia Bar. A copy of a District of Columbia Bar Certificate of Good Standing, dated September 29, 2021 is attached hereto as **Exhibit B**.

6. A copy of the requisite Declaration of Sponsor, dated September 30, 2021 is attached hereto as **Exhibit C**.

7. A copy of the requisite New Attorney E-Filing Registration Form, dated September 30, 2021 is attached hereto as **Exhibit D**.

**WHEREFORE**, pursuant to N.D.N.Y. Local Rule 83.1(d), the Petition for Admission to Practice of Andrew M. Miller, dated September 29, 2021, the Declaration of Sponsor, dated September 30, 2021, the New Attorney Electronic Filing Registration Form, dated September 30, 2021, and the Certificate of Good Standing of Andrew M. Miller, dated September 29, 2021 it is respectfully requested that this Court order that Petitioner, Andrew M. Miller, be admitted *pro hac vice* to practice before the Bar of this Court to represent Plaintiff/Relator in the above-captioned matter.

Dated: September 30, 2021

Respectfully submitted,

By: _/s/ Michelle L. Merola_
Michelle L. Merola, Bar No. 514446
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel. No.: 716.856.4000
mmerola@hodgsonruss.com