**EXHIBIT A**



# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)

#### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Andrew | Michael | Miller | |

Residence Address: 3104 6th Street N

| City: | State: | Zip: | County: |
|---|---|---|---|
| Arlington | Virginia | 22201 | Arlington |

#### Business Information

Affiliation/Firm: Baron & Budd, P.C.

Address: 600 New Hampshire Ave NW, 10th Floor

| City: | State | Zip | County |
|---|---|---|---|
| Washington | District of Columbia | 20037 | |

E-Mail: amiller@baronbudd.com

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Shareholder | 01/01/2018 | 202.333.4562 |

#### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Texas; #24041483
DC; #499298

| | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ○ | ● |
| Are there any disciplinary proceedings presently pending against you? | ○ | ● |
| Have you ever been censured or suspended from practice before any court? | ○ | ● |
| Have you ever been denied admission or readmission to the bar of any court? | ○ | ● |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

#### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| Houston Law Center | 08/2000 to 05/2003 | J.D. | 05/09/2003 |
| | | | |

Revised 12/2019

| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
|---|
| |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Andrew Miller_  
Signature

09/29/2021  
Date

Revised 12/2019