# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : **Andrew M. Miller**

In Case No. 1:19-cv-914 (GLS/CFH)

DECLARATION OF SPONSOR

STATE OF NEW YORK
COUNTY OF **Saratoga**

**Michelle L. Merola**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **Hodgson Russ LLP**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **514446**.

2. I make this Declaration in support of the admission of **Andrew M. Miller**.

3. I have known **Andrew M. Miller** since **2019**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **30th**, day of **September**, 20**21**.

_____
SPONSOR