# EXHIBIT D

**United States District Court**
**Northern District of New York**

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: Andrew    M.    Miller
       First    Middle    Last

○ Sr.  ○ Jr.
○ II   ○ III

○ **STANDARD ADMISSION** see L.R. 83.1(a)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in     1:19-cv-914
Applicant required to file a Pro Hac Vice access request in PACER.    (case number)
Email address amiller@baronbudd.com

○ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on   /   /   in          , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I, Andrew M. Miller , do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:   9 / 30 / 21

*[signature]*
*Attorney Signature*