

**Michelle L. Merola**
Partner
Direct Dial: 518.536.2917
mmerola@hodgsonruss.com

October 1, 2021



CONFIDENTIAL
CASE FILED UNDER SEAL

**Hand Delivery**

United States District Court Clerk's Office
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207

Dear Clerk:

    Re:    *The United States of America ex rel. Fox Unlimited Enterprises, LLP, v. Trimark USA, LLC, et al.*, Civ No. 1:19-CV-914 GLS/CFH
          **Case Currently Filed Under Seal**

        This office represents the Plaintiff/Relator in the above-referenced action. Enclosed for under seal filing are the following documents that relate to the *pro hac vice* admission of my co-counsel, Andrew M. Miller:

1. Motion for Admission *pro hac vice* of Andrew M. Miller, with exhibits A through D;
2. Petition for Admission to Practice of Andrew M. Miller;
3. Declaration of Sponsor, Michelle L. Merola;
4. New Attorney E-filing Registration Form; and
5. Check for the $100 filing fee.

        Please file the enclosed motion papers under seal, and return a stamped copy for our records.

        If you have any questions concerning the foregoing, please do not hesitate to contact me. Thank you for your assistance.

                                  Very truly yours,

                                  Michelle L. Merola

MLM/mly
Encls.

cc:  Andrew M. Miller *(by e-mail, without enclosures)*