UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 2 2 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* FOX UNLIMITED ENTERPRISES, LLP, <br><br> Plaintiff/Relator, <br><br> v. <br><br> TRIMARK USA, LLC, *et al.*, <br><br> Defendants. | No. 1:19-cv-914 (GLS/CFH) <br><br> **FILED UNDER SEAL** |

### UNITED STATES' STATUS REPORT AND NOTICE OF ELECTION TO DECLINE TO INTERVENE IN PART

On December 21, 2021, the United States intervened in that part of this *qui tam* action alleging that defendants TriMark Gill Group, Inc. and TriMark Gill Marketing violated the False Claims Act. As of the date of this filing, the case remains under seal. The United States, the TriMark defendants, and the relator have since negotiated a settlement agreement, which we intend to finalize and file on February 22, 2022, and which will be fully dispositive of the claims that the relator filed on behalf of the United States as to the TriMark defendants. Accordingly, we respectfully request that the Court unseal all filings in this matter, effective February 23, 2022, **except** for the documents associated with docket entries 6, 8, 10, 12, 14 and 21, which constitute the United States' *ex parte* applications for extensions of the seal period. These applications should remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States declines to intervene in that part of the action which alleges that Government Sales, Inc violated the False Claims Act.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Dated: February 16, 2022

Respectfully submitted,

CARLA B. FREEDMAN
United States Attorney

By:   */s/ Adam J. Katz*
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894