UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
THE UNITED STATES OF AMERICA *ex rel.*   )
FOX UNLIMITED ENTERPRISES, LLP,          )
                                          )
            Plaintiff/Relator,           )
                                          )
v.                                        )   No. 1:19-cv-914 (GLS/CFH)
                                          )
TRIMARK USA, LLC, *et al.*,              )   **FILED UNDER SEAL**
                                          )
            Defendants.                  )
_____)

### ORDER

In as much as the United States of America has intervened in part and declined to intervene in part in this False Claims Act *qui tam* action, it is hereby ORDERED that:

1. all documents in this action be unsealed **except** for the documents associated with the following docket entries: 6, 8, 10, 12, 14 and 21;

2. the relator shall serve copies of this Order, the United States' Notice of Election to Intervene, the United States' Status Report and Notice of Election to Decline to Intervene in Part, and the Relator's Complaint on all defendants;

3. the seal be lifted as to all matters occurring in this action after this Order is entered;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States;

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval; and

8. After the United States receives all payments described in Paragraph 1 of the Settlement Agreement, the United States and Relator shall promptly sign and file a Joint Stipulation of Dismissal which is consistent with the terms contained in Paragraph 17 of the Settlement Agreement.


IT IS SO ORDERED.

February 22, 2022

_____
Hon. Christian F. Hummel
United States Magistrate Judge

IT IS SO ORDERED.

February 22, 2022

_____
Hon. Christian F. Hummel
United States Magistrate Judge