UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA

  *ex rel.*

FOX UNLIMITED ENTERPRISES, LLP

      Plaintiff/Relator,  **Civ. No.: 1:19-cv-00914-GLS-CFH**

  v.

TRIMARK USA, LLC, TRIMARK GILL
GROUP, TRIMARK GILL MARKETING
F/K/A GILL MARKETING, INC.
GOVERNMENT SALES, LLC
F/K/A GOVERNMENT SALES, INC.,
JOHN DOES #1-50, FICTITIOUS NAMES,

      Defendants.

---

## JOINT STIPULATION OF PARTIAL DISMISSAL

The United States of America (United States) timely received all payments from Defendants TriMark USA, LLC, TriMark Gill Group, and TriMark Gill Marketing (Defendants) required by and in accordance with Paragraph 1 of the Settlement Agreement in the above-captioned matter.

Pursuant to the Court's February 23, 2022 Order (ECF No. 23) and Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the United States and Fox Unlimited Enterprises, LLP (Relator), hereby stipulate that all claims filed against Defendants in this action shall be dismissed (i) with prejudice as to the United States' and the Relator's claims as to the Covered Conduct as defined in the Settlement Agreement, and (ii) without prejudice as to the United States and with

1

prejudice as to the Relator as to all other allegations set forth in above-captioned matter.

As a result of this dismissal, the only claim that remains pending before the Court is Relator's claim against Defendants for expenses, attorneys' fees, and costs, pursuant to 31 U.S.C. § 3730(d).

Per Local Rule 41.3, counsel represent that no party hereto is an infant or incompetent.

Respectfully submitted,

CARLA B. FREEDMAN
United States Attorney

/s/ *Adam J. Katz*
Adam J. Katz (Bar No. 517894)
Assistant United States Attorney
James T. Foley Courthouse
445 Broadway, Room 218
Albany, NY 12207
(518) 431-0247

*Counsel for the United States of America*

/s/ *Andrew M. Miller*
Andrew M. Miller (admitted pro hac vice)
Baron & Budd, P.C.
600 New Hampshire Avenue NW - 10th Floor
Washington, DC 20037
Tel. No.: 202.333.4562

*Counsel for Plaintiff/Relator*