UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

    *ex rel.*

FOX UNLIMITED ENTERPRISES, LLP

                  Plaintiff/Relator,      **Civ. No.: 1:19-cv-00914-FJS-CFH**

    v.

TRIMARK USA, LLC, TRIMARK GILL
GROUP, TRIMARK GILL MARKETING
F/K/A GILL MARKETING, INC.
GOVERNMENT SALES, LLC
F/K/A GOVERNMENT SALES, INC.,
JOHN DOES #1-50, FICTITIOUS NAMES,

                  Defendants.

## **PLAINTIFF-RELATOR'S STIPULATION OF DISMISSAL WITH PREJUDICE**

On July 10, 2024, counsel for Plaintiff-Relator Fox Unlimited Enterprises, LLP filed a Stipulation of Dismissal as to Defendants TriMark USA, LLC, TriMark Gill Group, and TriMark Gill Marketing. (Dkt. No. 46). On November 5, 2024, this Court ordered Plaintiff-Relator to file a status report by November 15, 2024, to advise the Court as to the status of the remaining defendants, namely Defendant Government Sales LLC and John Does #1-50. (Dkt. No. 47).

Accordingly, Plaintiff-Relator hereby stipulates that all Plaintiff-Relator's claims asserted against Defendants Government Sales LLC and John Does #1-50 in the above-captioned matter be dismissed with prejudice. Dismissal would be with prejudice as to the rights of the Plaintiff-Relater and without prejudice as to the rights of the United States.

Pursuant to 31 U.S.C. § 3730(b)(1), dismissal of a qui tam action requires the consent of both the Attorney General of the United States and this Court. As reflected in Exhibit A, the

1

United States consents to dismissal of this action without prejudice as to the United States for the reasons stated in that exhibit.

Per Local Rule 41.3, undersigned counsel represents that no party hereto is an infant or incompetent.

Dated: November 18, 2024

Respectfully submitted,

/s/ *Andrew M. Miller*
Andrew M. Miller (admitted *pro hac vice*)
Baron & Budd, P.C.
2600 Virginia Avenue NW
Suite 612
Washington, DC 20037
Tel. No.: 202.333.4562

*Counsel for Plaintiff/Relator*