# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

    *ex rel.*

FOX UNLIMITED ENTERPRISES, LLP

        Plaintiff/Relator,        **Civ. No.: 1:19-cv-00914-FJS-CFH**

    v.

TRIMARK USA, LLC, TRIMARK GILL
GROUP, TRIMARK GILL MARKETING
F/K/A GILL MARKETING, INC.
GOVERNMENT SALES, LLC
F/K/A GOVERNMENT SALES, INC.,
JOHN DOES #1-50, FICTITIOUS NAMES,

        Defendants.

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to Plaintiff-Relator Fox Unlimited Enterprises, LLP's dismissal of claims asserted against Defendants Government Sales LLC and John Does #1-50 without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that Relator's Notice of Voluntary Dismissal Without Prejudice as to Defendants Government Sales LLC and John Does #1-50, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the

1

sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

      A proposed order accompanies this notice.

Dated: November 18, 2024            CARLA B. FREEDMAN
                                                    United States Attorney

                                                    */s/ Adam J. Katz*
                                                    Adam J. Katz
                                                    Assistant United States Attorney
                                                    Bar Roll No. 517894