UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA

    *ex rel.*

FOX UNLIMITED ENTERPRISES, LLP

                Plaintiff/Relator,        **Civ. No.: 1:19-cv-00914-FJS-CFH**

    v.

TRIMARK USA, LLC, TRIMARK GILL
GROUP, TRIMARK GILL MARKETING
F/K/A GILL MARKETING, INC.
GOVERNMENT SALES, LLC
F/K/A GOVERNMENT SALES, INC.,
JOHN DOES #1-50, FICTITIOUS NAMES,

                Defendants.

---

## **ORDER**

    Plaintiff-Relator Fox Unlimited Enterprises, LLP, having filed a Notice of Voluntary Dismissal of all claims asserted against Defendants Government Sales LLC and John Does #1-50, and the Court having received the consent of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(l), the Court rules as follows:

    IT IS ORDERED that,

1. This action is dismissed with prejudice as to Relator Fox Unlimited Enterprises, LLP and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Notice of Voluntary Dismissal Without Prejudice as to Defendants Government Sales LLC and John Does #1-50, the United States' Notice of Consent to Dismissal, this Order, and any subsequent

filings in this case.  All other contents of the Court's file in this action shall remain under seal and not be made public.

_____, 2024

_____
Hon. Frederick J. Scullin, Jr
United States District Judge